228-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SCOTLINE INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTLINE INC.,

        Plaintiff,

-against-

JAPONICA ENTERPRISES CO. and SECOND-STRAND LTD,

        Defendants.

08 Civ _____ (____)

**RULE 7.1 STATEMENT**

    The Plaintiff, SCOTLINE INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       May 21, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        SCOTLINE INC.

            By: _____
                     Michael E. Unger (MU 0045)
                     80 Pine Street
                     New York, NY 10005
                     Telephone: (212) 425-1900
                     Fax: (212) 425-1901

NYDOCS1/303402.1