LENNON, MURPHY & LENNON, LLC
Attorneys for Non-Party Movant
HOGLA TRADING LIMITED
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070
Kevin J. Lennon
Anne C. LeVasseur

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 JUL 2——

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTLINE INC.,

              Plaintiff,

        - against -

JAPONICA ENTERPRISES CO. and
SECOND-STRAND LTD.,

              Defendant.
-----------------------------------------------------------------X

08 Civ. 4764 (PAC)

ECF CASE

## HOLGA TRADING LIMITED'S ORDER TO SHOW CAUSE TO VACATE PLAINTIFF'S RULE B MARITIME ATTACHMENT

Upon the annexed Declarations of HOGLA TRADING LIMITED, JAPONICA ENTERPRISES LTD., OOO VTOROI BEREG and Kevin J. Lennon and the accompanying Memorandum of Law, and exhibits attached thereto, and all pleadings heretofore had herein, Non-Party Movant HOLGA TRADING LIMITED ("HOLGA") will move this Court before the Honorable Paul A. Crotty, United States Courthouse, 500 Pearl Street, Courtroom 20-C, New York, New York on July 20, 2009 at 2:30 p.m., or soon thereafter as counsel may be heard, for an order pursuant to Supplemental Rule E(f)(4) of the Rules for Admiralty and Maritime Claims and Asset Forfeiture Action of the Federal Rules of Civil Procedure and also Local Admiralty Rule E.1 vacating the Ex Parte Attachment Order dated May 22, 2008 with respect to

any and all of HOLGA's funds and/or property which have been unlawfully attached and restrained by the Plaintiff and for such other and further relief as this Court deems just and equitable. *Service of these papers should be accomplished by 9 am on Tuesday, July 14, 2009*

Plaintiff's answering declarations and memoranda are required to be served and filed on or before July 15, 2009 *at 12 noon*, and Defendant's reply papers, if any, are required to be served and filed on or before July 16, 2009 *at 5 PM*.

Dated: July 13, 2009
New York, NY

*So ordered.*
*[signature]*
*U.S.D.J.*

Respectfully submitted,
Non-Party Movant
HOLGA TRADING LIMITED

By: _____
Kevin J. Lennon
Anne C. LeVasseur

LENNON MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
kjl@lenmur.com
acl@lenmur.com

TO: FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SCOTLINE, INC.
80 Pine Street
New York, NY 10005
(212) 425-1900 (phone)
(212) 425-1901 (fax)
Michael E. Unger – unger@freehill.com
Susan E. Lee – lee@freehill.com

2