# Exhibit A

*Lee Affirmation*

# HOGLA TRADING LIMITED

138 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 618871, FAX:357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

## АКТ СВЕРКИ НА 7 МАЯ 2008

- Согласно акта сверки от 7мая 2008 г. сумма задолженности компании "Japonica Enterprises Co.," перед компанией Hogla Trading Ltd" за произведенные бункеровки в 2007-8 гг. составляет 1,245.01USD

Порядок расчетов:

Balance btw Hogla Trading ltd/Japonica Enterprises Co.

| DEL/DATE | INV.No. | PORT/LOCN | VESSEL | QTTY GO | QTTY IFO | Price GO | Price IFO | AMOUNT | DUE/DATE | PAID | DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25/01/07 | SA107 | Valetta | Strange Attractor 1 | 100 | 100 | 511 | 269 | 78,855.00 | 25/05/2007 | | | 78,855.0 |
| 25/01/07 | IMLC55449 | | LUBOIL CASTROL | | | | | 22,145.00 | 25/05/2007 | 101,000.00 | 19/06/07 | 0.0 |
| 25/01/07 | SA107 | | 1 Monthly interest | | | | | 825.00 | | | | 825.0 |
| 08/02/07 | SA207 | Pereus | Strange Attractor 1 | 700 | 150 | 292 | 530 | 284,661.36 | 08/06/2007 | 200,000.00 | 31/05/07 | 85,486.3 |
| 21/08/07 | SA207 | | 2 Monthly interest | | | | | 4,335.65 | 08/08/2007 | 60,500.00 | 21/08/07 | 29,322.0 |
| | | | | | | | | | | 28,500.09 | 21/08/07 | 822.0 |
| 20/10/07 | SA307 | Novorosiysk | Strange Attractor 1 | 100 | | 730 | | 73,000.00 | 20/02/2008 | | | 72,972.0 |
| 08/01/08 | SA108 | PIER/Port | Strange Attractor 1 | 25 | | 960 | | 24,850.00 | 08/05/2008 | 97,427.00 | 19/02/08 | 1,245.0 |







**HOGLA TRADING LIMITED**

139 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 616871, FAX. 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

## INVOICE No. : SA107

To Master and/or Owner and/or Managing Owners and/or Operrators MV STRANGE ATTRACTOR 1
A/C: JAPONICA ENTERPRISES CO.,

| | | | |
|---|---|---|---|
| Vessel | : | MV STRANGE ATTRACTOR 1 | Due by : 25.05.07 |
| Supplied at | : | VALLETTA PORT | |
| Delivery date | : | 25.01.07 | |

| DESCRIPTION | Q'TY | UNIT | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| IFO-180 | 100.00 | MT | 269.00 | 26,900.00 |
| MGO | 100.00 | MT | 511.00 | 51,100.00 |
| LUBOIL CASTROL    Invoice IMLC65449 | 11.00 | MT | | 22,146.00 |
| BARGING | 1.00 | L/S | | 500.00 |
| WHARFAGE | 1.00 | L/S | | 355.00 |
| PENALTY FOR PMNT DELAY | 0.82 | MTH | 1010.00 | 825.00 |
| GRAND TOTAL AMOUNT | | 0 | 0 | $101,825.00 |

Please, remit the above amount as follows:
Ben. Bank: ALPHA BANK LTD, LIMASSOL, CYPRUS,
ACC. 515 106 0099756/IEBAN:   CY63 0090 0515 0005 1510 6009 9756
SWIFT CODE: ABKLCY2NLIM under reference Hogla Trading Limited
Corr. Bank: J.P.MORGAN CHASE BANK NEW YORK, USA
SWIFT: CHASUS33,A/C No.:001-1-190741

For & On Behalf of Hogla Trading Ltd



DATE: 18.05.07



# HOGLA TRADING LIMITED

136 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

**BUNKER AND LUBRICANTS SUPPLY AGREMENT, CONTRACT NO. AR150107-01HT**

WE ARE PLEASED TO CONFIRM THE FOLLOWING DELIVERY:

1.

| PRODUCT | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| IFO-180 | 100 MT | $269 | $26,900.00 |
| MGO | 100 MT | $511 | $51,100.00 |
| Anchorage | | | $500.00 |
| Minimum charge | | | $350.00 |
| Plus Balance for outstanding | Invoice IMLC65449 | Castrol | $22,145.00 |
| TOTAL | | | **$101,000.00** |

2. FOLLOWING VESSEL  PSN   DATE
  **M/V "STRANGE ATTRACTOR 1"** **VALLETTA PORT** 25/01/2007,

3. SELLER: HOGLA TRADING LIMITED.

4. BUYER : JAPONICA ENTERPRISES CO.,

5. TERMS OF PAYMENT: NET 120 DAYS UPON COMPLETED BUNKERING. IF BUYER DOES NOT MAKE IT'S PAYMENT IN ACCORDANCE WITH THE CREDIT TERMS, IT AGREES TO PAY, IN ADDITION TO THE BALLANCE IN FULL, INTEREST ON THE OVERDUE AMOUNT AT THE RATE OF 1% PER MONTH UNTIL BOTH PRINCIPAL AND INTEREST ARE PAID IN FULL. PAYMENT SHALL BE MADE BY T.T. TO SELLERS ACOUNT WITH:
ALPHA BANK LIMITED, MAIN BRANCH
LIMASSOL, CYPRUS
ACC. NO. 115 - 106009 - 9756
HOGLA TRADING LTD.

6. GOVERING LAW: ENGLISH LAW TO APPLY.
BUYER AGREES THAT ANY SUIT OR ACTION BY SELLER TO ENFORCE THIS AGREEMENT OR ANY RIGHTS ARISING UNDER THIS AGREEMENT MAY BE BROUGHT IN ANY COURT OF COMPETENT JURISDICTION IN LONDON, RUSSIA OR ELSEWHERE, AND BUYER AGREES TO THE JURISDICTION OF THE COURT SELECTED BY SELLER.

7. TRANSSHIPMENT CLAUSE: LIABILITIES FOR ANY DAMAGES TO HULL AND / OR EQUIPMENT OF BOTH THE TANKER AND THE TRAWLER DURING BUNKERING OPERATION, BOTH ALONGSIDE AND STERN / BOW, TO BE MUTUALLY EXEMPED.

PLEASE CONFIRM YOUR AGREEMENT TO THE ABOVE TERMS AND CONDITIONS BY SIGNING AND RETURING THIS DOCUMENT BY FAX.

BEST REGARDS,

## Accepted by

Seller
Hogla Trading Limited.

Buyer
Japonica Enterprises Co.



(Signature)     (Signature)

# Island Bunker Oils Ltd.

Administration & Operations:
"Virtu", Ta' Xbiex Terrace, Ta' Xbiex – Malta
Tel: +356 2131 6244   Fax: +356 2131 5243
e-mail: info@islandbunkeroils.com

Sales Department:
Tel: +356 2131 7435 / 2131 2490   Fax: +356 2131 4574
e-mail: sales@islandbunkeroils.com

Reference: _____
N° 006173

Vessel's name: STRANGE ATTRACTOR
Account: _____
Product: FUEL OIL

Date: 25.01.07
Barge: LUHLAR BAY
Port: VLT - 091
Agents: DALLI

## BUNKER DELIVERY NOTE

| Tank No | Commenced | | | Finished | | | Gross Liters | Temp °C | VCF | Density at 15°C | Liters at 15°C | WCF | Metric tons WOB |
|---------|-----------|---|---|----------|---|---|--------------|---------|-----|------------------|-----------------|-----|-----------------|
| | Scale | | | Scale | | | | | | | | | |
| | mt | cm | | mt | cm | | | | | | | | |
| 5S | - | 100 | 368.390 | - | 125 | 457.699 | | 37.4 | 0.9846 | 0.9880 | | 0.9869 | |
| 5P | - | 0.99 | 369.020 | - | 155 | 457.660 | | 37.4 | 0.9846 | 0.9880 | | 0.9869 | |
| | | | | | | | | | | | | | |
| | TOTAL | | 617.610 | TOTAL | | | 915.359 | | TOTAL | | 102.513 | TOTAL | 99.012 |

Supplier warrants that the product delivered under this receipt are in conformance with Annex VI of Marpol 73/78, regulations 14(1) and 18(1)

Quality: IND. FUEL OIL

Viscosity at 50°C: 180

Flash Point °C: + 80

Sulphur %: 2.0 %

| | | | | |
|--|--|--|--|--|
| Vessel rep invited to witness sampling | Yes ☑ No ☐ | | | |
| Vessel rep witnessed sampling | Yes ☑ No ☐ | | | |
| Vessel rep invited to witness gouging | Yes ☑ No ☐ | | | |
| Vessel rep witnessed gouging | Yes ☑ No ☐ | | | |
| Arrived alongside | 09.15 | 25.01.07 | | |
| Started pumping | 10.05 | " | | |
| Finished pumping | 10.45 | " | | |
| Departure time | 11.50 | " | | |

Sample seal numbers: 8620, 8982, 8997

BILL OF LADING: 8031, 8218

TOTAL: 106.000

All disputes arising out of this transaction shall be interpreted and enforced in accordance with the General Maritime law of Malta. This transaction is subject to IBOL General Terms and Conditions

No disclaimer stamp of any type and form will be accepted on this bunkering certificate, nor, should any such stamp be applied, will it alter, change, or waive IBOL Maritime lien against the vessel or waive the vessel's altimide

Responsibility and liability for the debt incurred through this transaction.

Signed _____ Vessel representative

Signed _____ Bunker barge representative

# Island Bunker Oils Ltd.

Administration & Operations:
"Unit", Ta' Xbiex Terrace, Ta' Xbiex – Malta
Tel: +356 2131 6244  Fax: +356 2131 5243
e-mail: info@islandbunkeroils.com
Sales Department:
Tel: +356 2131 7433 / 2131 2490  Fax: +356 2131 4574
e-mail: sales@islandbunkeroils.com

| | | Reference | | Nº 006174 |
|---|---|---|---|---|
| Vessel's name: | STRANGE ATTRA... Vo | Product | | GAS OIL |
| Account | | | | |
| Date: | 26.01.07 | Port: | V/F - @ # 1 |
| Barge: | MISSON BAY | Agents: | P.S.W |

## BUNKER DELIVERY NOTE

| Tank No | Commenced | | | Finished | | | Gross Liters | Temp °C | VCF | Density at 15°C | Liters at 15°C | WCF | Metric tons WOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scale mt | cm | | Scale mt | cm | | | | | | | | |
| 3s | - | 013 | | - | 190 | | 213.718 | 20.0 | 0.9858 | 0.8479 | | 0.8468 | |
| 3p | - | 1.098 | | - | 191 | | 203.623 | 20.0 | 0.9858 | 0.8479 | | 0.8468 | |
| | | | | | | | | | | | | | |
| TOTAL | | | | | | TOTAL | 518.461 | | | TOTAL | 412.365 | TOTAL | 99.811 |

Supplier warrants that the product delivered under this receipt are in conformance with Annex VI of Marpol 73/78, regulations 14(1) and 18(1)  7610.654, 8010' 8717

| | Commenced | | | Finished | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scale mt | cm | Gross Liters | Scale mt | cm | | | | | | | | |
| | - | 013 | 323.154 | | 190 | | | | | | | | |
| | - | 1098 | 313.192 | | 191 | | | | | | | | |
| TOTAL | | | 636.896 | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Vessel rep invited to witness sampling | Yes ☑ No ☐ | Quality | MARINE GAS OIL |
| Vessel rep witnessed sampling | Yes ☑ No ☐ | Viscosity at 50°C: | 4 |
| Vessel rep invited to witness gauging | Yes ☑ No ☐ | Flash Point °C: | + 71 |
| Vessel rep witnessed gauging | Yes ☑ No ☐ | Sulphur %: | 0.17 |
| Arrived alongside | 09.15 | All disputes arising out of this transaction |
| Started pumping | 10.00 | shall be interpreted and enforced in |
| Finished pumping | 18.00 | accordance with the General Maritime law |
| Departure time | 11.50 | of Malta. This transaction is subject to |
| Sample seal numbers | 8390' 8716' 8976 | IBOL General Terms and Conditions |

No disclaimer stamp of any type and form will be accepted on this bunkering certificate, nor, should any such stamp
be applied, will it alter, change, or waive IBOL Maritime lien against the vessel or waive the vessel's ultimate
Responsibility and liability for the debt incurred through this transaction.

| Density at 15°C | Liters at 15°C | | |
|---|---|---|---|
| 0.8479 | Signed | BILL OF LADING |
| 0.8479 | | |
| TOTAL | | Vessel representative |

BILL OF LADING  7610.654, 8010' 8717

Signed _____

Bunker barge representative

Vessel representative

100.600

## ÀI ÕÕĐÌ Ì AÕÁÕĬ ÑÁÓ/ TRANSFER VOUCHER

| | ÇÌ ÀNÌ ç Ì Ġ Ì / Date |
|---|---|
| | **19/06/2007** |

| ÉÁÓÌ Ì ÀRAĐÙÕĒ Ì À ÷ĒÁÕĊÇ̇Ò<br>DEBIT ACCOUNT DETAILS | ÉÁÓÌ Ì ÀRAĐÙÕĒ Ì À ÷ĒÁÕĊÇ̇Ò<br>CREDIT ACCOUNT DETAILS |
|---|---|
| ЖÌTÌ á ĐÌ¢Õğ :<br>Customer's Name    **JAPONICA ENTERPRISES CO.** | ЖÌTÌ á ĐÌ¢Õğ :<br>Customer's Name    **HOGLA TRADING LIMITED** |
| Áħåì ôô É̀Ì Ì ô :    **515 - 106 - 012845 - 7**    Ì ôÌ Ì Ì :<br>Account No.                     CCY    **USD** | Áħåì ôô É̀Ì Ì ô :    **515 - 106 - 009976 - 6**    Ì ôÌ Ì Ì :<br>Account No.                      CCY    **USD** |
| ÕĐÌ . ĐÌ ôå ÷ĐÕ̀ôçô :<br>Total Debit Amount    **USD 101.000,00** | ÕĐÌ . ĐÌ ôå ÷ĐÕ̀ôçô :<br>Total Credit Amount    **USD 101.000,00** |
| ĐÀÌ ÕÌ :<br>Product    **Notice Accounts - FCY** | ĐÀÌ ÕÌ :<br>Product    **Notice Accounts - FCY** |
| ÇÌ ÀNÌ ç Ì a Àrÿ̀ô :<br>Value Date    **19/6/2007** | ÇÌ ÀNÌ ç Ì a Àrÿ̀ô :<br>Value Date    **19/6/2007** |

| Áħåì ÀÌ Ì Ì / Reference :  E-TRP TO 5151060009976-PMNT FOR AGRMNT 2007 | Áħåì ÀÌ Ì Ì / Reference :  E-TRF FROM 5151060126457- |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| ʼ8.100 - AEB Ì ÀåóÌ ÀÓÌ ÀÀÌ ¢ EÌ ÀåÀÀôÌ þ Ì | USD 101.000,00 | USD 0,00 | 1,00000 | USD 101.000,00 | USD 101.000,00 |

| ÆÀÀÌ Ÿ ĐÌ CHECKED | ÕÀÌ ÕÕÌ TELLER | ÔÔÌ ÀÑÕÕÌ ÑÁÉÀÕÇ<br>CUSTOMER'S SIGNATURE |
|---|---|---|
| ÉÀÉÀÌ Ç Ì APPROVED | | |

| UTN 3148038 | BJID720, BUPDH473-474) 19/6/2007 1:48:26 1 1 | × ÀÑÕÕÌ : | ÁÌ ÕÁÕÁŌÌ / Copy |
|---|---|---|---|



**HOGLA TRADING LIMITED**

136 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 681675
E-MAIL: hogla.trading@cytanet.com.cy

## INVOICE No. : SA207

To Master and/or Owner and/or Managing Owners and/or Operators MV STRANGE ATTRACTOR 1
A/C: JAPONICA ENTERPRISES CO.,

| | | | | |
|---|---|---|---|---|
| Vessel | : | MV STRANGE ATTRACTOR 1 | Due by : | 08.06.07 |
| Supplied at | : | PIREUS ROAD | | |
| Delivery date : | 08.02.07 | | | |

| DESCRIPTION | Q'TY | UNIT | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| IFO-180 | 699.70 | MT | 292.00 | 204,311.36 |
| MGO | 150.00 | MT | 530.00 | 79,500.00 |
| BARGING | 1.00 | L/S | | 500.00 |
| WHARFAGE | 1.00 | L/S | | 350.00 |
| PENALTY FOR PMNT DELAY | 1.52 | MTH | 2846.00 | 4,335.65 |
| GRAND TOTAL AMOUNT | | 0 | 0 | $288,997.01 |

Please, remit the above amount as follows:
Ben. Bank: ALPHA BANK LTD, LIMASSOL, CYPRUS.
ACC. 515 106 0099750//EBAN:   CY63 0090 0515 0005 1510 6000 9750
SWIFT CODE: ABKLCY2NLIM under reference Hogla Trading Limited
Corr. Bank: J.P.MORGAN CHASE BANK NEW YORK, USA
SWIFT: CHASUS33,A/C No.:001-1-190741

For & On Behalf of Hogla Trading Ltd



DATE: 20.06.07



**HOGLA TRADING LIMITED**
136 GRIVA DIGENY, EVGENIA COURT No. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

**BUNKER AND LUBRICANTS SUPPLY AGREMENT, CONTRACT NO. AR150107-01HT**

WE ARE PLEASED TO CONFIRM THE FOLLOWING DELIVERY:

1.

| PRODUCT | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| IFO-180 | 700 MT | $292 | $26,900.00 |
| MGO | 150 MT | $530 | $51,100.00 |
| Anchorage | | | $500.00 |
| Minimum charge | | | $350.00 |
| TOTAL | | | $284,661.36 |

2. FOLLOWING VESSEL      PSN      DATE
    M/V "STRANGE ATTRACTOR I"      PIREUS ROAD/ PORT      08/02/2007

3. SELLER : HOGLA TRADING LIMITED.

4. BUYER : JAPONICA ENTERPRISES CO.,

5. TERMS OF PAYMENT : NET 120 DAYS UPON COMPLETED BUNKERING. IF BUYER DOES NOT MAKE IT'S PAYMENT IN ACCORDANCE WITH THE CREDIT TERMS, IT AGREES TO PAY, IN ADDITION TO THE BALLANCE IN FULL, INTEREST ON THE OVERDUE AMOUNT AT THE RATE OF 1% PER MONTH UNTIL BOTH PRINCIPAL AND INTEREST ARE PAID IN FULL. PAYMENT SHALL BE MADE BY T.T. TO SELLERS ACOUNT WITH:

ALPHA BANK LIMITED, MAIN BRANCH

LIMASSOL, CYPRUS

ACC. NO. 115 - 106009 - 9756

HOGLA TRADING LTD.

6. GOVERING LAW : ENGLISH LAW TO APPLY.
BUYER AGREES THAT ANY SUIT OR ACTION BY SELLER TO ENFORCE THIS AGREEMENT OR ANY RIGHTS ARISING UNDER THIS AGREEMENT MAY BE BROUGHT IN ANY COURT OF COMPETENT JURISDICTION IN LONDON, RUSSIA OR ELSEWHERE, AND BUYER AGREES TO THE JURISDICTION OF THE COURT SELECTED BY SELLER.

7. TRANSSHIPMENT CLAUSE : LIABILITIES FOR ANY DAMAGES TO HULL AND / OR EQUIPMENT OF BOTH THE TANKER AND THE TRAWLER DURING BUNKERING OPERATION, BOTH ALONGSIDE AND STERN / BOW, TO BE MUTUALLY EXEMPED.

PLEASE CONFIRM YOUR AGREEMENT TO THE ABOVE TERMS AND CONDITIONS BY SIGNING AND RETURING THIS DOCUMENT BY FAX.

BEST REGARDS,

## Accepted by

Seller                                    Buyer
Hogla Trading Limited.                  Japonica Enterprises Co.

(Signature)                                        (Signature)



# ΑΙGΕΑΝ OIL S.A.
### ΑΙΓΑΙΟΝ ΟΙΛ Α.Ε. ΑΝΩΝΥΜΟΣ ΕΤΑΙΡΙΑ ΒΙΟΜΗΧΑΝΙΑΣ & ΕΜΠΟΡΙΑΣ ΠΕΤΡΕΛΑΙΟΕΙΔΩΝ
## DELIVERY & RECEIPT NOTE = ΔΕΛΤΙΟ ΑΠΟΣΤΟΛΗΣ
#### ΑΠΟΤΕΛΕΙ ΣΥΝΟΔΕΥΤΙΚΟ ΜΕΤΑΦΟΡΑΣ



HELMEPA
HELLENIC MARINE ENVIRONMENT
PROTECTION ASSOCIATION

ΕΔΡΑ: Λ. ΧΑΤΖΗΚΥΡΙΑΚΟΥ 42, 185 38 ΠΕΙΡΑΙΑΣ
ΤΗΛ.: 210 45.06.000, FAX: 210 45.06,241
TELEX: 211.326 ΕΘEO, E-mail: aegean@aegeanoil.gr
ΑΠΟΘΗΚΗ: ΕΓΚΑΤΑΣΤΑΣΗ ΑΙΓΑΙΟΝ ΟΙΛ Α.Ε.
ΑΣΠΡΟΠΥΡΓΟΣ ΑΤΤΙΚΗΣ
Α.Φ.Μ.: 094384265 ● Δ.Ο.Υ.: ΦΑΕ ΠΕΙΡΑΙΑ
ΑΡ.Μ.Α.Ε.: 32710/02/Β/95/22

| | |
|---|---|
| ΠΕΛΑΤΗΣ<br>CUSTOMER | AEGEAN MARINE PETROLEUM |
| ΔΙΕΥΘΥΝΣΗ<br>ADDRESS | |
| Δ.Ο.Υ. | |
| Α.Φ.Μ. | |
| ΚΩΔ. ΠΕΛΑΤΗ<br>CODE NR. | |

ΑΘΕΩΡΗΤΑ ΒΑΣΕΙ ΤΗΣ
Α.Υ.Ο. ΠΟΛ. 1071/25-2-2000

**E  2583**

ΗΜΕΡ. ΕΚΔΟΣΗΣ  *02/02/07*
DATE OF ISSUE

| | |
|---|---|
| ΟΝΟΜΑ ΠΛΟΙΟΥ *STRANGE ATTRACTOR*<br>VESSEL | ΤΟΠΟΣ *Piraeus*<br>PORT ΠΑΡΑΔΟΣΗΣ *ROAD* |
| I.M.O. *7619654* | *& 1070856* |

ΗΜΕΡ. ΦΟΡΤΩΣΗΣ *02-02-07*   ΗΜΕΡ. ΠΑΡΑΔΟΣΗΣ *08/02/07*
LOADING DATE                      DELIVERY DATE

*MOTOR OIL*

*SHAKIS BARGE PO.2624/PO2625   DPIP PO2626   ΑΡ. ΑΔ. 5486*

| ΠΡΟΪΟΝ<br>GRADE | ΠΟΣΟΤΗΤΑ/ΠΕΡΙΒ/ΕΝ/ QNTY | | ΛΙΤΡΑ<br>ΣΕ 15° C<br>LITERS<br>AT 15° C | ΤΙΜΟΛΟΓΟΥΜΕΝΗ<br>ΠΟΣΟΤΗΤΑ ΜΕΤΡ. ΤΟΝΝΟΙ<br>QUANTITY TO BE INVOICED<br>IN METRIC TONS | ΠΥΚΝΟΤΗΤΑ<br>DENSITY<br>AT 15° C |
|---|---|---|---|---|---|
| | Χ/ΜΑ<br>ΚΩΜΑ | ΛΙΤΡΑ<br>LTRS | | | *0.9180* |
| SULPHUR<br>(% η/m)<br>*1.0* | | | | | ΘΕΡΜ. ΠΕΡΙΒΑΛ.<br>OBSERVED<br>TEMPERATURE<br>°C |
| *160* | | | | *150.102* | |

Ποσότητα ολογράφως  *ONE HUNDRED FIFTY M/TNS  AND*
Quantity in writing  *ONE HUNDRED TWO KGRS*

| ΣΚΟΠΟΣ - ΠΩΛΗΣΗ | ΡUMΡING HRS<br>STARTED *0920*<br>ΩΡΑ ΑΠΟΣΤΟΛΗΣ  FINISHED *1025* | ΤΡΟΠΟΣ ΠΑΡΑΔΟΣΗΣ / METHOD OF DELIVERY<br>ΔΙΠΛΟΙΟ *AEGEAN*  B/O<br>BARGE  T/ROAD |
|---|---|---|

ΠΑΡΑΚΑΛΟΥΜΕ ΝΑ ΕΛΕΓΧΕΤΕ ΤΗΝ ΕΝΤΟΣ ΤΟΥ ΒΥΤΙΟΦΟΡΟΥ ΟΧΗΜΑΤΟΣ / ΕΦΟΔΙΑΣΤΙΚΟΥ ΣΚΑΦΟΥΣ ΕΥΡΙΣΚΟΜΕΝΗ
ΠΟΣΟΤΗΤΑ ΚΑΥΣΙΜΟΥ ΠΡΟΣ ΠΑΡΑΔΟΣΗ (ΠΡΟΜΕΤΡΗΣΗ - ΕΠΙΜΕΤΡΗΣΗ). ΟΙ ΕΦΟΔΙΑΣΜΟΙ ΓΙΝΟΝΤΑΙ ΣΥΜΦΩΝΑ ΜΕ ΑΥΤΕΣ ΤΙΣ
ΜΕΤΡΗΣΕΙΣ, ΣΥΜΦΩΝΕΙΤΑΙ ΟΤΙ ΚΑΘΕ ΔΙΑΦΟΡΑ ΑΠΟ ΤΗΝ ΠΑΡΟΥΣΑ ΣΥΜΒΑΣΗ ΥΠΑΓΕΤΑΙ ΣΤΑ ΔΙΚΑΣΤΗΡΙΑ ΤΗΣ ΑΘΗΝΑΣ.

**DECLARATION: THE FUEL OIL COMPLIES WITH REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78.**

**YOU ARE KINDLY REQUESTED TO WITNESS THE OPENING AND CLOSING METER READINGS AND ROAD TRACK / BARGE
SOUNDINGS BEFORE COMMENCING AND AFTER COMPLETION OF BUNKERING OPERATIONS. THESE READINGS WILL BE
USED AS OUR FINAL MEANS OF MEASUREMENT AND WILL BE THE OFFICIAL BASIS IN DETERMINING THE QUANTITY
DELIVERED TO VESSEL. BARGE SOUNDINGS WILL ALSO BE TAKEN AS A PROCEDURAL VOLUME COUNTER - CHECK. ALL
DISPUTES THAT MIGHT ARISE FROM THIS BUNKERING OPERATION WILL BE SETTLED BY THE GREEK COURTS IN ATHENS.**

| Ο ΕΚΔΟΣΑΣ | Ο ΠΑΡΑΛΗΠΤΗΣ |
|---|---|
| FOR AEGEAN OIL S.A. | THE SAMPLE IS VALID FOR ONE MONTH ONLY<br>VESSEL'S SEAL<br>CAPTAIN<br>AND/OR<br>CHIEF ENGINEER |



 **AEGEAN OIL S.A.**

ΑΙΓΑΙΟΝ ΟΙΛ Α.Ε. ΑΝΩΝΥΜΟΣ ΕΤΑΙΡΙΑ ΒΙΟΜΗΧΑΝΙΑΣ & ΕΜΠΟΡΙΑΣ ΠΕΤΡΕΛΑΙΟΕΙΔΩΝ

**DELIVERY & RECEIPT NOTE - ΔΕΛΤΙΟ ΑΠΟΣΤΟΛΗΣ**

ΑΠΟΤΕΛΕΙ ΣΥΝΟΔΕΥΤΙΚΟ ΜΕΤΑΦΟΡΑΣ


ASSOCIATE MEMBER

HELMEPA
HELLENIC MARINE ENVIRONMENT
PROTECTION ASSOCIATION

ΕΔΡΑ: Λ. ΧΑΤΖΗΚΥΡΙΑΚΟΥ 42, 185 38 ΠΕΙΡΑΙΑΣ
ΤΗΛ.: 210 45.86.000, FAX: 210 45.88.241
TELEX: 211.326 EGEO, E-mail: aegean@aegeanoil.gr
ΑΠΟΘΗΚΗ: ΕΓΚΑΤΑΣΤΑΣΗ ΑΙΓΑΙΟΝ ΟΙΛ Α.Ε.
ΑΣΠΡΟΠΥΡΓΟΣ ΑΤΤΙΚΗΣ
Α.Φ.Μ.: 094384285 ● Δ.Ο.Υ.: ΦΑΕ ΠΕΙΡΑΙΑ
ΑΡ.Μ.Α.Ε.: 32710/02/Β/95/22

| | |
|---|---|
| ΠΕΛΑΤΗΣ CUSTOMER | AEGEAN MARINE PETROLEUM |
| | ΑΦΘΕΩΡΗΤΑ ΒΑΣΕΙ ΤΗΣ Α.Υ.Ο. ΠΟΛ. 1071/25-2-2000 **E 2584** |

ΟΝΟΜΑ ΠΛΟΙΟΥ VESSEL: STRAUSS ATTRACTOR

ΗΜΕΡ. ΕΚΔΟΣΗΣ DATE OF ISSUE: 02/02/07
ΤΟΠΟΣ ΠΑΡΑΔΟΣΗΣ PORT: Piraeus Road

ΔΙΕΥΘΥΝΣΗ ADDRESS: _____  I.M.O. 7619654
2.1070856

Δ.Ο.Υ. _____

Α.Φ.Μ. _____

ΚΩΔ. ΠΕΛΑΤΗ CODE NR. _____

ΙΜΕΡ. ΦΟΡΤΩΣΗΣ MOTOR OIL LOADING DATE: 02-02-07
ΗΜΕΡ. ΠΑΡΑΔΟΣΗΣ DELIVERY DATE: 08/02/07

UARPOL S4HPL PO2630
S4HPLS BARGE PO 2627 PO 2628 SHIP PO 2699    AO.AA 549/81

| ΠΡΟΙΟΝ GRADE | ΠΟΣΟΤΗΤΑ ΠΕΡΙΒ./ENV. QNTY | | ΛΙΤΡΑ ΣΕ 15°C LITERS AT 15°C | ΤΙΜΟΛΟΓΟΥΜΕΝΗ ΠΟΣΟΤΗΤΑ ΜΕΤΡ. ΤΟΝΝΟΙ QUANTITY TO BE INVOICED IN METRIC TONS | ΠΥΚΝΟΤΗΤΑ DENSITY AT 15°C |
|---|---|---|---|---|---|
| | Χ/ΜΑ ΚΟΜΒ. | ΛΙΤΡΑ LTRS. | | | 0.9790 |
| SULPHUR (% m/m) 3.32 | | | | | ΘΕΡΜ. ΠΕΡΙΒΑΛ. OBSERVED TEMPERATURE °C |
| IFO 180 | | | | 700.025 | |

Ποσότητα ολογράφως Quantity in writing: SEVEN HUNDRED ANS AND TWENTY FIVE UOOS

| ΤΡΟΠΟΣ ΠΛΗΡ. | PUMPING HRS | ΤΡΟΠΟΣ ΠΑΡΑΔΟΣΗΣ / METHOD OF DELIVERY | |
|---|---|---|---|
| ΩΡΑ ΔΟΣΕΩΣ 0900 | STARTED 0900 FINISHED 1105 | ΠΛΟΙΟ/ΒΑΡΓΕ AEGEAN IV BARGE | B/O T/ROAD |

ΠΑΡΑΚΑΛΟΥΜΕ ΝΑ ΕΛΕΓΧΕΤΕ ΤΗΝ ΕΝΤΟΣ ΤΟΥ ΒΥΤΙΟΦΟΡΟΥ ΟΧΗΜΑΤΟΣ / ΕΦΟΔΙΑΣΤΙΚΟΥ ΣΚΑΦΟΥΣ ΕΥΡΙΣΚΟΜΕΝΗ ΠΟΣΟΤΗΤΑ ΚΑΥΣΙΜΟΥ ΠΡΟΣ ΠΑΡΑΔΟΣΗ (ΠΡΟΜΕΤΡΗΣΗ - ΕΠΙΜΕΤΡΗΣΗ). ΟΙ ΕΦΟΔΙΑΣΜΟΙ ΓΙΝΟΝΤΑΙ ΣΥΜΦΩΝΑ ΜΕ ΑΥΤΕΣ ΤΙΣ ΜΕΤΡΗΣΕΙΣ. ΣΥΜΦΩΝΕΙΤΑΙ ΟΤΙ ΚΑΘΕ ΔΙΑΦΟΡΑ ΑΠΟ ΤΗΝ ΠΑΡΟΥΣΑ ΣΥΜΒΑΣΗ ΥΠΑΓΕΤΑΙ ΣΤΑ ΔΙΚΑΣΤΗΡΙΑ ΤΗΣ ΑΘΗΝΑΣ.

DECLARATION: THE FUEL OIL COMPLIES WITH REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78

YOU ARE KINDLY REQUESTED TO WITNESS THE OPENING AND CLOSING METER READINGS AND ROAD TRACK / BARGE SOUNDINGS BEFORE COMMENCING AND AFTER COMPLETION OF BUNKERING OPERATIONS. THESE READINGS WILL BE USED AS OUR FINAL MEANS OF MEASUREMENT AND WILL BE THE OFFICIAL BASIS IN DETERMINING THE QUANTITY DELIVERED TO VESSEL. BARGE SOUNDINGS WILL ALSO BE TAKEN AS A PROCEDURAL VOLUME COUNTER - CHECK. ALL DISPUTES THAT MIGHT ARISE FROM THIS BUNKERING OPERATION WILL BE SETTLED BY THE GREEK COURTS IN ATHENS.



| Ο ΕΚΔΟΣΑΣ | ΓΙΑ AEGEAN OIL S.A. | Ο ΠΑΡΑΛΑΒΩΝ |
|---|---|---|
| | | THE SAMPLE IS VALID FOR ONE MONTH ONLY VESSEL'S SEAL CAPTAIN AND/OR CHIEF ENGINEER |

## AÍ ÕŎĐĬ Ì AŎÁŎĬ ÑÁÓ/ TRANSFER VOUCHER

Çì ŝ̌ì Ţ çĬ Ñ Ì Dñte    **31/05/2007**

| ŜAĎŎ Ì AŔAŎ̌ŎET Á «ŔAŎ̌ÓÇÓ<br>DEBIT ACCOUNT DETAILS | ŜAĎŎ Ì AŔAŎ̌ŎEŢ Á ĎŜÓĎÇÓ<br>CREDIT ACCOUNT DETAILS |
|---|---|
| Ŷ́ì Ì ŝ Ďǎŏ̌Ŏç :<br>Customer's Name<br>**JAPONICA ENTERPRISES CO.** | Ŷ́ì Ì ŝ Ďǎ̌ŎÙ̌ç :<br>Customer's Name<br>**HOGLA TRADING LIMITED** |
| Aŏ̌ŏì ŏ̌ Ċ/ì Ì ŏ :<br>Account No.   **515 - 106 - 012845 - 7**   Ì ǎÌ Ǎì .<br>ÇÇY   **USD** | Aŏ̌ŏì ŏ̌ Ċ/ì Ì ŏ :<br>Account No   **515 - 106 - 009975 - 6**   Ì ǎÌ Ǎì .<br>ÇÇY   **USD** |
| Ŏŏ̌ſ. Ďì ŏ̌ǒ ×à̌Ŏ ŏ̌çŏ̌ :<br>Total Debit Amount   **USD  200.000,00** | Ŏŏ̌ſ  Ďì ŏ̌ǒ Ŏ̌Ŏ̌Ŏ̌ ŏ̌çŏ̌ :<br>Total Credit Amount   **USD  200.000,00** |
| Ďŏ̌ǎ̌ŏ̌ :<br>Product   **Notice Accounts - FCY** | Ďŏ̌ǎ̌ŏ̌ :<br>Product   **Notice Accounts - FCY** |
| Çì ŝ̌ì Ŧ çì ŝ Ä̌ŏ̌ŏ̌ :<br>Value Data   **31/5/2007** | Çì ŝ̌ì Ŧ çì ŝ Ä̌ŏ̌ŏ̌ :<br>Value Data   **31/5/2007** |

| Aŏ̌ŏ̌ ŏ̌ ŝ̌ì / Reference :  E-TRF TO 5151060099756- | Aŏ̌ŏ̌ ŏ̌ ŝ̌ì / Reference :  E-TRF FROM 5151060128457- |
|---|---|

| | | | | |
|---|---|---|---|---|
| 8.100 - AEB Ì ŏ̌ŏ̌ŏ̌ŏ̌ ŏ̌Ù Ì ŏ̌ŏ̌ŷ Ŝ̌ì ŝ̌ŏ̌ŏ̌ŏ̌ì ŏ̌ì | USD 200.000,00 | USD 0,00 | 1,00000 | USD 200.000,00 | USD 200.000,00 |

ŜŜAŴ̌ì ŏ̌ì ÇŜŌ̌ŎŎ̌Ŏ

Ôĵ ÕŎ̌/ TELLER

ŎŏÌ Ñŏ̌ŏ̌Ç ĎÁŜÄÔç<br>CUSTOMER'S SIGNATURE

Ēĵ ŜĔÇ̌ Ì Ñ̌ Ŝ̌Ŏ̌Ŏ̌Ŏ̌ì

## AÍ ÕÕDÏ Î AÓÁÕÏ ÑÁÓ/ TRANSFER VOUCHER

| | | 21/08/2007 |
|---|---|---|

**ÉÁÕÏ Î ARAÓÁÕÎ Á ×Ñ̃ÓÓÓÇÓ**
DEBIT ACCOUNT DETAILS

ŸÁ̃Ì Á ÓÁ̃Õ̃g :
Customer's Name: **JAPONICA ENTERPRISES CO.**

Áñ̃Ì Óó̃Ëł̃Ì Ó :
Acount No.: **515 - 106 - 012845 - 7** | CCY **USD**

ÕÌ̃ Õ̃ Õ̃ ×Ñ̃Ó̃Ó̃Ö̃Ó :
Total Debit Amount: **USD 28.500,00**

ÕÑ̃Ì̃ Õ̃Ì :
Product: **Notice Accounts - FCY**

Ç̃Ì Ñ̃Ì ç̃Ì Ë Á̃Ì̃ó :
Value Date: **21/8/2007**

Á̃Ñ̃ Ñ̃ ßß / Reference: **E-TRF TO 5151000099756-**

---

**ÉÁÕÏ Î ARAÓÁ̃Ö̃ Á Ð̃Ñ̃ÓÓÓÇÓ**
CREDIT ACCOUNT DETAILS

ŸÁ̃Ì Á ÕÁ̃Õ̃Õg :
Customer's Name: **HOGLA TRADING LIMITED**

Áñ̃Ì Óó̃ Ë̃Ì Ó :
Account No.: **515 - 106 - 009975 - 6** | CCY **USD**

ÕÌ̃ Õ̃Õ̃ Õ̃Ö̃Ó̃Ó̃Ö̃Ó :
Total Credit Amount: **USD 28.500,00**

ÕÑ̃Ì̃ Õ̃Ì :
Product: **Notice Accounts - FCY**

Ç̃Ì Ñ̃Ì ç̃Ì Ë Á̃Ì̃ó :
Value Date: **21/8/2007**

Á̃Ñ̃ Ñ̃ ßß / Reference: **E-TRF FROM 5151000128457-**

---

| B.1Ó̃Õ - ÃËÓ̃Ì Á̃Ó̃Ì ÁÜ̃Ì óÑ̃Ì̃ý̃ Ë̃Ì Á̃Ñ̃Ì̃Õ̃Ì p̃ ì | USD 28.500,00 | USD 0,00 | 1,00000 | USD 28.500,00 | USD 28.500,00 |

ÉÓ̃Ì̃Ó̃Ì̃ ÕÌ̃Ë̃Ñ̃ËÓ̃Ñ̃Ó
ÕÜ̃ Õ̃Ó/TELLER
ÕÕ̃Ì̃ Ñ̃Á̃Ó̃Ó̃ Ð̃Á̃Ó̃Á̃Ó
CUSTOMER'S SIGNATURE

Ñ̃Á̃Õ̃Á̃Ñ̃Õ̃ / APPROVED

| UTN 4449050 | [UID720, BUPD515-516] 21/8/2007 2:27:10 I ] | ×Ñ̃Ñ̃Õ̃Ì̃ó | AÍ̃ ÕÌ̃Ñ̃Õ̃ì / Copy |

## AÍ ÕÕÐÏ Ì AÕÃÕÏ ÑÃÓ/ TRANSFER VOUCHER

| | ÇÌ ÀÄ Ì çÌ ÕÌ Í Date |
|---|---|
| | 21/08/2007 |

| ÉÃÕÕ Ì ÀÃÀÕÕÊ À »ÑÃÕÕÇÕ<br>DEBIT ACCOUNT DETAILS | ÉÃÕÕ Ì ÀÃÀÕÕÊ À ÕÊÕÕÕÇÕ<br>CREDIT ACCOUNT DETAILS |
|---|---|
| ÝÕÌ Ì À ÕÄÛÕç :<br>Customer's Name  JAPONICA ENTERPRISES CO. | ÝÕÌ Ì À ÕÄÛÕç :<br>Customer's Name  HOGLA TRADING LIMITED |
| ÀÀÕÌ ÕÕ ÉÀÌ Ì Õ :  515 - 106 - 012845 - 7    ÕÕÝ  USD<br>Account No. | ÀÀÕÌ ÕÕ ÉÀÌ Ì Õ :  515 - 106 - 009975 - 6    ÕÕÝ  USD<br>Account No. |
| ÕÕÌ , ÕÌ ÕÕ ×ÀÕÕ ÕçÕ.  USD 60.500,00<br>Total Debit Amount | ÕÌ , ÕÌ ÕÕ ÕÕÕÕ ÕçÕ.  USD 60.500,00<br>Total Credit Amount |
| ÐÀÕ ÕÌ :  Notice Accounts - FCY<br>Product | ÐÀÕ ÕÌ :  Notice Accounts - FCY<br>Product |
| ÇÌ ÀÄ Ì çÌ Õ ÀÌ ÕÕ·  21/8/2007<br>Value Date | ÇÌ ÀÄ Ì çÌ Õ ÀÌ ÕÕ·  21/8/2007<br>Value Date |

| ÀÕÕ ÕÌ ÕÕ / Reference :  E-TRF TO 5151060099756· | ÀÕÕ ÕÌ ÕÕ / Reference :  E-TRF FROM 5151060128457· |
|---|---|

| | | | | |
|---|---|---|---|---|
| ÇÌ ÷<br>8.100 - ÄEÕ Ì ÀÕÕÌ ÑÕÌ ÕÀÌ ý Ẽ ÀÕÑÀÕÌ þ ì | USD 60.500,00 | USD 0,00 | 1,00000 | USD 60.500,00 | USD 60.500,00 |

| ÕÕÀÑÌ ÕÉ CHECKED |
|---|
| ÕÊÕÀÕÕ / APPROVED |

ÕÌ ÕÕÕ/ TELLER

ÕÕÌ ÀÕÀÕÕ ÕÀÕÀÕ·
CUSTOMER'S SIGNATURE

| UTN 4449081 | BUDT20, BUPD520-5211 21/8/2007 2:30:19 Ì Ì | ×ÀÕÕ ÕÕÕ: | ÀÌ ÕÕÕÕ1 / Copy |
|---|---|---|---|



**HOGLA TRADING LIMITED**

138 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

## INVOICE No. : SA307

To Master and/or Owner and/or Managing Owners and/or Operators MV STRANGE ATTRACTOR 1
A/C: JAPONICA ENTERPRISES CO.,

| | | |
|---|---|---|
| Vessel | : | MV STRANGE ATTRACTOR 1 |
| Supplied at | : | NOVOROSIYSK |
| Delivery date | : | 20.10.07 |

Due by : 20.02.08

| DESCRIPTION | Q'TY | UNIT | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| MGO | 100.00 | MT | 730.00 | 73,000.00 |
| BARGING | 1.00 | L/S | | - |
| WHARFAGE | 1.00 | L/S | | - |
| GRAND TOTAL AMOUNT | | 0 | 0 | $73,000.00 |

Please, remit the above amount as follows:
*Ben. Bank: ALPHA BANK LTD, LIMASSOL, CYPRUS.*
*ACC. 515 106 0090756//IBAN:   CY63 0090 0515 0005 1510 6000 9756*
*SWIFT CODE: ABKLCY2NLIM under reference Hogla Trading Limited*
*Corr. Bank: .J.P.MORGAN CHASE BANK NEW YORK, USA*
*SWIFT: CHASUS33,A/C No.:001-1-190741*

For & On Behalf of Hogla Trading Ltd



DATE: 20.10.07



# HOGLA TRADING LIMITED

136 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

**BUNKER AND LUBRICANTS SUPPLY AGREMENT, CONTRACT NO. AR150107-01HT**

WE ARE PLEASED TO CONFIRM THE FOLLOWING DELIVERY:

1. 

| PRODUCT | QUANTITY | UNIT PRICE | AMOUNT |
|---------|----------|------------|--------|
| MGO | 100 MT | $730 | $73,000.00 |
| Anchorage | | | $0.00 |
| Minimum charge | | | $0.00 |
| TOTAL | | | **$73,000.00** |

2. FOLLOWING VESSEL          PSN                    DATE
   **M/V "STRANGE ATTRACTOR 1"**   NOVOROSISK PORT   20/10/2007

3. SELLER : HOGLA TRADING LIMITED.
4. BUYER : JAPONICA ENTERPRISES CO.,
5. TERMS OF PAYMENT : NET 120 DAYS UPON COMPLETED BUNKERING. IF BUYER DOES NOT MAKE IT'S PAYMENT IN ACCORDANCE WITH THE CREDIT TERMS, IT AGREES TO PAY, IN ADDITION TO THE BALLANCE IN FULL, INTEREST ON THE OVERDUE AMOUNT AT THE RATE OF 1% PER MONTH UNTIL BOTH PRINCIPAL AND INTEREST ARE PAID IN FULL. PAYMENT SHALL BE MADE BY T.T. TO SELLERS ACOUNT WITH:
   ALPHA BANK LIMITED, MAIN BRANCH
   LIMASSOL, CYPRUS
   ACC. NO. 115 - 106009 - 9756
   HOGLA TRADING LTD.
6. GOVERING LAW : ENGLISH LAW TO APPLY.
   BUYER AGREES THAT ANY SUIT OR ACTION BY SELLER TO ENFORCE THIS AGREEMENT OR ANY RIGHTS ARISING UNDER THIS AGREEMENT MAY BE BROUGHT IN ANY COURT OF COMPETENT JURISDICTION IN LONDON, RUSSIA OR ELSEWHERE, AND BUYER AGREES TO THE JURISDICTION OF THE COURT SELECTED BY SELLER.
7. TRANSSHIPMENT CLAUSE : LIABILITIES FOR ANY DAMAGES TO HULL AND / OR EQUIPMENT OF BOTH THE TANKER AND THE TRAWLER DURING BUNKERING OPERATION, BOTH ALONGSIDE AND STERN / BOW, TO BE MUTUALLY EXEMPED.

PLEASE CONFIRM YOUR AGREEMENT TO THE ABOVE TERMS AND CONDITIONS BY SIGNING AND RETURING THIS DOCUMENT BY FAX.

BEST REGARDS,

## Accepted by

Seller                                    Buyer
Hogla Trading Limited.          Japonica Enterprises Co.



(Signature)                    (Signature)

 

353900, Russia, Krasnodar region,
Novorossiysk, Kunikova 11,

tel : +7(8617) 71-06-15
fax : +7(8617) 71-06-55
telex : (64) 279217 BSS RU

Россия, Краснодарский край,
353900 г.Новороссийск,
ул. Куникова, 11
Телефон: +7( 8617) 71-06-15
Фако : +7( 8617) 71-06-55
Телекс : (64) 279217 BSS RU

## BUNKER RECEIPT № 45 G
Бункерная расписка № 45 Г.

| | |
|---|---|
| **Delivery Date:** Дата доставки | **20.10.2007** |
| **Location of delivery:** Место доставки | **port Novorossiysk** Порт Новороссийск |
| **DELIVERED TO M/T:** Доставлено на: | **STRANGE ATTRACTOR 1** СТРЕНДЖ АТТРАКТОР 1 |
| **IMO №:** ИМО №: | **007619654** |
| **Flag:** Флаг: | **CYPRUS** Кипр |
| **Destination port:** Порт назначения: | **ADEN, YEMEN** АДЕН, ЙЕМЕН |

Метод бункеровки:

| X | Ex-Barge: Delivered from bunker-barge m/t «MARIZA» |
|---|---|
| | Бункеровкой Доставлено с бункеровщика т/х «МАРИЗА» |

Time of delivery of **Marine Gas Oil:** commenced on 20-th of October, 2007 at 00.05 HRS LT
Время доставки ДИЗЕЛЬНОЕ ТОПЛИВО начало
completed on 20-th of October, 2007 at 01.20 HRS LT
окончание

## PRODUCT DELIVERED

| Marine Gas Oil | Volume in m³: 119,815 Количество в куба | Quantity in kilos : 99747 Количество в килограммах |
|---|---|---|

| PRODUCT Марка продукта | DENSITY AT 15°C Плотность при 15°C | KINEMATIC VISCOSITY AT 20°C Кинематическая вязкость при 20°C | POUR POINT,°C Температура застывания, С | SULFUR,% Содержание серы % | FLASH POINT,°C Температура вспышки,°С | WATER BY DISTILLATION, % Содержание воды, % | Tank temperature, °C Температура в танке, °Ю |
|---|---|---|---|---|---|---|---|
| GAS OIL | 836.1 | 4,37 | -15 | 0,16 | 69 | absent | +20 |

The samples of the fuel delivered to the ship have been obtained at the receiving ship's inlet manifold and have been drawn by continuous drip sampler. Suppliers warrant that the supply is made in full compliancy with Appendix VI of MARPOL 73/78 including Appendix V and resolution MEPC.06(47).

| SAMPLE SEAL NUMBERS НОМЕРА ОТРЫВНЫХ ПРОБ | VESSELS судно | SUPPLIER поставщик | MARPOL МАРПОЛ | LAB лаборатория |
|---|---|---|---|---|
| | N/A | N/A | 17981448 | N/A |

One bottle of sample has been delivered by the undersigned representative of «ERA» ltd. on all bunker loaded.
Одна бутылка проб была доставлена нижеподписавшимся представителем ООО «ЭРА» на весь погруженный бункер.

| | | | |
|---|---|---|---|
| Ship's engineer invited to witness sounding | YES | X | NO |
| Судовой инженер приглашен для замеров осадки | | | |
| Ship's engineer witnessed sounding | YES | X | NO |
| Судовой инженер подтвердил замеры | | | |

| The quantities delivered were calculated on the basis of measurements of the supplier of flow meters taken before and after the delivery and be sole controlling factor. | I certify that the good in the quantities state have been ordered and have been received and the goods are required safely for use as stores on the named ship entitled for the voyage in question to receive stores free of duties of customs and excise. |
|---|---|
| Количество погруженного бункера было подсчитано согласно замеров поставщика взятых до и после погрузки является и единственным способом контроля. | Я подтверждаю, что бункер в надлежащем количестве был заправлен, получен и соответствует нормам безопасности для использования как припасов на данном судне для плавания и дают право получения груза без таможенных сборов и акцизов. |

Representative of m/t «MARIZA»
Представитель т/х «МАРИЗА»

Chief Engineer / Vessels Stamp
Старший механик / Судовая печать



**HOGLA TRADING LIMITED**

136 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871. FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

## INVOICE No. : SA108

To Master and/or Owner and/or Managing Owners and/or Operators MV STRANGE ATTRACTOR 1
A/C: JAPONICA ENTERPRISES CO.,
Vessel    :    MV STRANGE ATTRACTOR 1
Supplied at  :    PIER ROAD             Due by  :     08.05.08
Delivery date :    08.01.08

| DESCRIPTION | Q'TY | UNIT | UNIT PRICE | AMOUNT USD |
|---|---|---|---|---|
| MGO | 25.00 | MT | 960.00 | 24,000.00 |
| BARGING | 1.00 | L/S | | 500.00 |
| WHARFAGE | 1.00 | L/S | | 350.00 |
| GRAND TOTAL AMOUNT | | 0 | 0 | $24,850.00 |

Please, remit the above amount as follows:
*Ben. Bank: ALPHA BANK LTD, LIMASSOL, CYPRUS.*
*ACC. 515 106 0099756//EBAN:   CY63 0090 0515 0005 1510 6009 9756*
*SWIFT CODE: ABKLCY2NLIM under reference Hogla Trading Limited*
*Corr. Bank: .J.P.MORGAN CHASE BANK NEW YORK, USA*
*SWIFT: CHASUS33,A/C No.:001-1-190741*

For & On Behalf of Hogla Trading Ltd





# HOGLA TRADING LIMITED

136 GRIVA DIGENY, EVGENIA COURT NO. 61, LIMASSOL - CYPRUS
TELEPHONE: 357 25 313220, 357 99 619871, FAX: 357 25 581675
E-MAIL: hogla.trading@cytanet.com.cy

**BUNKER AND LUBRICANTS SUPPLY AGREMENT, CONTRACT NO. AR150107-01HT**

WE ARE PLEASED TO CONFIRM THE FOLLOWING DELIVERY:

1.

| PRODUCT | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| MGO | 25 MT | $960 | $24,000.00 |
| Anchorage/Track | | | $500.00 |
| Minimum charge | | | $350.00 |
| TOTAL | | | $24,850.00 |

2. FOLLOWING VESSEL     PSN     DATE
   M/V "STRANGE ATTRACTOR 1"     PIER/ PORT     08/01/2008

3. SELLER : HOGLA TRADING LIMITED.
4. BUYER : JAPONICA ENTERPRISES CO.,
5. TERMS OF PAYMENT : NET 120 DAYS UPON COMPLETED BUNKERING. IF BUYER DOES NOT MAKE IT'S PAYMENT IN ACCORDANCE WITH THE CREDIT TERMS, IT AGREES TO PAY, IN ADDITION TO THE BALLANCE IN FULL, INTEREST ON THE OVERDUE AMOUNT AT THE RATE OF 1% PER MONTH UNTIL BOTH PRINCIPAL AND INTEREST ARE PAID IN FULL. PAYMENT SHALL BE MADE BY T.T. TO SELLERS ACOUNT WITH:
   ALPHA BANK LIMITED, MAIN BRANCH
   LIMASSOL, CYPRUS
   ACC. NO. 115 - 106009 - 9756
   HOGLA TRADING LTD.
6. GOVERING LAW : ENGLISH LAW TO APPLY.
   BUYER AGREES THAT ANY SUIT OR ACTION BY SELLER TO ENFORCE THIS AGREEMENT OR ANY RIGHTS ARISING UNDER THIS AGREEMENT MAY BE BROUGHT IN ANY COURT OF COMPETENT JURISDICTION IN LONDON, RUSSIA OR ELSEWHERE, AND BUYER AGREES TO THE JURISDICTION OF THE COURT SELECTED BY SELLER.
7. TRANSSHIPMENT CLAUSE : LIABILITIES FOR ANY DAMAGES TO HULL AND / OR EQUIPMENT OF BOTH THE TANKER AND THE TRAWLER DURING BUNKERING OPERATION, BOTH ALONGSIDE AND STERN / BOW, TO BE MUTUALLY EXEMPED.

PLEASE CONFIRM YOUR AGREEMENT TO THE ABOVE TERMS AND CONDITIONS BY SIGNING AND RETURING THIS DOCUMENT BY FAX.

BEST REGARDS,

## Accepted by

Seller
Hogla Trading Limited.

Buyer
Japonica Enterprises Co.

(Signature)            (Signature)



UNICOM
Bunkering S.A.

BUNKER DELIVERY NOTE No 03/08.01.2008

| I NAVÁ / NAME OF THE VESSEL | M/V STRANER ATTRACTOR | VANGATOR / SELLER | UNICOM BUNKERING S.A. |
|---|---|---|---|
| IMO NO. | | PRESTATOR PHYSICAL SUPPLIER LIVREASI A? | UNICOM BUNKERING S.A |
| PORT / PIER | Mida, port, Vesb | DE LIVERY | by TRUCK |
| | | | 10.00 |
| | | | 10.30 |
| | | | 11.15 |

DELIVERY DETAILS

Date of commoncenant / re delivery          08.01 2008

PRODUCT                                          GASOIL 0.2

QUANTITY            25,300         / METRIC TONES

PRODUCT ANALYSES

- Density at 15deg.C                    . 0.8688
- Freezing point deg.C                  . -6
- Flash point, 80° deg.C                . 73
- Sulphur content (% m/m)               . 0.19

Hereby we, Unicom Bunkering, certify that the above mentioned fuel is supplied in conformity with Annex VI of MARPOL, regulation 14 and 18, Appendix V and resolution MEPC 96(47).

Master / Chief Engineer of the receiving Cunstander nr G3/08.01 2008 to the delivery, a sample with seal No. __ shown by data sampled from the receiving vessel's bunker flange and Marpol sample with seal No. __

UNICOM BUNKERING S.A.                          Sign OF MASTER / CHIEF ENG.
                                                  of receiving vessel

SURVEYOR

ROMCONTROL S.A.

## ÁÍ ÕŐĐÏ Ì AŐÁŐÏ ÑÁÓ/ TRANSFER VOUCHER

| | 19/02/2008 |
|---|---|

ÇÌ ŐŐ Ì ÇÌ ỐÌ / Date

**ÉĂÁŐŐ Ì ARÁ̓ŐĐ Ì À » ÑÁÓ ÕÇÓ**
DEBIT ACCOUNT DETAILS

| | | | **ÉĂÁŐŐ Ì ARÁ̓ŐĐ Ì À ŐĐÕŐÕÇÓ**<br>CREDIT ACCOUNT DETAILS | | |
|---|---|---|---|---|---|
| ЖІ І Ї DІЮŐŞ :<br>Customer's Name | JAPONICA ENTERPRISES CO. | | МІ І Ї DІЮŐŞ :<br>Customer's Name | HOGLA TRADING LIMITED | |
| Ấ̓ẻІ ÒŐ ЁЇỚÏ І Ễ :<br>Account No. | 515 - 106 - 012845 - 7 | COT USD | Ấ̓ẻІ ÒŐ ЁЇỚÏ І Ễ :<br>Account No. | 515 - 106 - 009975 - 6 | COT USD |
| Ò̓І . DІ ỗ̀ ×Ñᵒ ỗ̓ :<br>Total Debit Amount | USD 97,427,00 | | Ò̓І . DІ ỗ̀ DІ̓̒ŏ ỗ̓ :<br>Total Credit Amount | USD 97,427,00 | |
| DN̓ Ẽ̓ :<br>Product | Notice Accounts - FCY | | DN̓ Ẽ̓ :<br>Product | Notice Accounts - FCY | |
| Çì Ấ̓Ï çІ Ẽ Ấí̓Ő .<br>Value Date | 19/2/2008 | | Çì Ấ̓Ï çІ Ẽ Ấí̓Ő :<br>Value Date | 19/2/2008 | |

| Ấ̓Ẽ̀ ẻ̓ ẽ̀ / Reference : E-TRF TO 5151060009756-PMNT FOR BUNKER<br>INV390208 | Ấ̓Ẽ̀ ẻ̓ ẽ̀ / Reference : E-TRF FROM 5151060128457- |
|---|---|

| | | | | |
|---|---|---|---|---|
| 8.100 - ÀĞB Ì A̓Ò̓Ï ÑŐ̓ Ò̓Ő̓Y EІ Ắ̓ắ̓ẻ̓Ï̓̈ I | USD 97,427,00 | USD 0,00 | 1,00000 | USD 97,427,00 | USD 97,427,00 |

ÇÌ À̓Ŏ̓ Ò̓Ỏ/ TELLER

Ò̓Ŏ Ắ̓Ő̓Ò̓ Đ̓Ắ̓Ắ̓Ő̓<br>CUSTOMER'S SIGNATURE

Ẻ̓À̓Í̓Ï̓ Ố/ CHECKED

Ẻ̓Ñ̓Ẽ̓Ó̓ / APPROVED

| UTN 1061443 | [UIO720, BUPD258-250] 19/2/2008 9:36:15 61 | + Ấ̓Ő̓Õ̓ÇÓ̓ | Ấ̓Í̓Ñ̓Ấ̓ắ̓Ì̓ / Copy |
|---|---|---|---|